UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-23925-CIV-ALTONAGA/O'Sullivan

**FIOR PICHARDO DE VELOZ**,

    Plaintiff,

vs.

**MIAMI-DADE COUNTY**, *et al.*,

    Defendants.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** came before the Court on the Defendants' Motion to Stay Pending Petition for Writ of Certiorari or, in the Alternative, Pending Motion to Dismiss State Law Claims [ECF No. 104]. Defendants request a stay of discovery, advising they intend to file a petition for writ of certiorari with the United States Supreme Court no later than April 19, 2019. Accordingly, and to conserve the parties' and judicial resources, it is

**ORDERED AND ADJUDGED** that this matter is **STAYED** until April 19, 2019, or, should Defendants file their petition, the petition is decided. The Clerk is directed to **CLOSE** this case for administrative purposes only. The case may reopened upon motion by any party. All pending motions are denied as moot.

**DONE AND ORDERED** in Miami, Florida, this 11th day of February, 2019.

*[signature: Cecilia M. Altonaga]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record